IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARRY GOLD, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **STATE FARM FIRE AND CASUALTY COMPANY**, <br><br> Defendant. | CIVIL ACTION <br><br> NO. 22-4760-KSM |

### ORDER

**AND NOW**, this 21st day of March, 2024, upon consideration of Defendant's Motions in *Limine* to exclude any mention of contents damages or building damages and repairs caused by mold during trial (Doc. Nos. 26, 28), Plaintiffs' Responses thereto (Doc. Nos. 32, 33), Defendant's Replies (Doc. Nos. 35, 36), and following an in-person final pretrial conference, **IT IS ORDERED** as follows:

1. Defendant's motion in *limine* to exclude any and all building damages/repairs associated with mold (Doc. No. 26) is **GRANTED**.

2. Defendant's motion in *limine* to exclude any and all content damages associated with mold (Doc. No. 28) is **GRANTED**.

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
_____
KAREN SPENCER MARSTON, J.